IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv207

| | | |
|---|---|---|
| WOLFPEN II PLANNED COMMUNITY HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ATLAS ROOFING CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Motion to Dismiss [# 7] and Joint Motion to Stay [# 9]. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 9]. The Court **STAYS** these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation on the Motion to Transfer. The Court **DENIES with leave to renew** the Motion to Dismiss [# 7]. Defendant may renew its motion within ten (10) days of the Court lifting the stay or transferring this action.

Signed: October 15, 2013

Dennis L. Howell
United States Magistrate Judge